**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEBORAH RIPPMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>RALPH LAUREN CORPORATION,<br><br>*Defendant*. | Case No. 26-cv-04619 (SHS)<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Deborah Rippman, individually and on behalf of all others similarly situated, and Defendant Ralph Lauren Corporation ("Ralph Lauren"), through their undersigned counsel, that Ralph Lauren's time to answer, move, or otherwise respond to Plaintiff's Complaint and Demand for Jury Trial in the above-captioned action is extended through August 28, 2026.

Dated: July 22, 2026

**STRANCH, JENNINGS & GARVEY, PLLC**

*/s/ Michael Tackeff*
Michael Tackeff
Gregory S. Mullens
matt@shieldlaw.com
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (262) 420-5953
mtackeff@stranchlaw.com
gmullens@stranchlaw.com

*Attorneys for Plaintiff Deborah Rippman*

**BALLARD SPAHR LLP**

*/s/ Bridget Ansel*
Bridget Ansel
1675 Broadway
19th Floor
New York, NY 10019-5820
Telephone: 646.346.8077
Facsimile: 212.223.1942
E-mail: anselb@ballardspahr.com

*Attorney for Defendant Ralph Lauren Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------
DEBORAH RIPPMAN
Plaintiff,

26-cv-4619

-v-

RALPH LAUREN CORPORATION,

Defendant.

---------------------------------------------------

The Foregoing stipulation is SO ORDERED. Defendant Ralph Lauren Corporation shall answer, move, or otherwise respond to Plaintiff's Complaint and Demand for Jury Trial on or before August 28, 2026.

Dated: New York, New York
July 22, 2026

SO ORDERED

[signature]

SIDNEY H. STEIN
U.S.D.J.