Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Bridget Ansel
Tel: 646.346.8077
Fax: 212.223.1942
anselb@ballardspahr.com

September 4, 2026

*Via ECF Only*

Hon. Jennifer L. Rochon
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED. The Clerk of Court is respectfully directed to STAY this action pending resolution of the proceedings before the Judicial Panel on Multidistrict Litigation ("JPML"). The parties shall submit a joint status letter every ninety days updating the Court on the status of the JPML proceedings, with the first of such letters being due on **December 4, 2026**. This order terminates the motion at Dkt. 16.

Dated: September 4, 2026
New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re: *Deborah Rippman v. Ralph Lauren Corporation*, No. 26-cv-04619

Dear Judge Rochon:

We write on behalf of Defendant Ralph Lauren Corporation, jointly with counsel for Plaintiff Deborah Rippman, to respectfully request that the Court stay all proceedings and deadlines in this action pending the resolution of proceedings before the Judicial Panel on Multidistrict Litigation ("JPML") in *In re Retailer Tariff Litigation*, MDL No. 3202. This request is made on consent of Plaintiff's counsel.

In support of this request, the parties respectfully refer the Court to the joint letter motion filed today in the related action *Redden-Drake v. Ralph Lauren Corporation*, No. 26-cv-04029 (ECF No. 20) a copy of which is attached hereto as Exhibit A. As set forth in that letter, a group of plaintiffs has filed a motion with the JPML to create a multidistrict litigation seeking to consolidate 25 federal class actions arising from retailers' alleged pass-through of tariffs imposed under the International Emergency Economic Powers Act ("IEEPA") for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. The JPML has scheduled a hearing session for December 3, 2026. Plaintiff Redden-Drake's counsel consents to the stay in that action and intends to file a tag-along notice with the JPML.

The same considerations that warrant a stay in *Redden-Drake* apply with equal force here. This action has been accepted as related to *Redden-Drake* and reassigned before Your Honor, and a joint request for consolidation of the two actions remains pending (*Redden-Drake*, ECF No. 13). Although no tag-along notice has been filed in this action, the JPML may transfer this case to the MDL on its own initiative or upon notification by any party once the MDL is established. *See* JPML Rules 7.1(a), 8.1. Setting a case management

schedule for this action while consolidation is pending, the related action is stayed, and the MDL may encompass both cases would be inefficient and risk duplicative proceedings. *See Ritchie Capital Mgmt., LLC v. Gen. Elec. Capital Corp.*, 87 F. Supp. 3d 463, 471 (S.D.N.Y. 2015); *Royal Park Invs. SA/NV v. Bank of Am. Corp.*, 941 F. Supp. 2d 367, 370-71 (S.D.N.Y. 2013).

This request is without prejudice to any party's position regarding the MDL proceedings, including whether this action should be transferred to the MDL.

The parties jointly and respectfully request that the Court: (1) stay all proceedings and deadlines in this action pending the JPML's ruling on the MDL motion; and (2) direct the parties to file a joint status report within 14 days of the JPML's ruling, or at such other interval as the Court deems appropriate.

We are available at the Court's convenience should the Court have any questions.

Very truly yours,

**STRANCH, JENNINGS & GARVEY, PLLC**

*/s/Michael Tackeff*
Michael Tackeff
Gregory S. Mullens
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (262) 420-5953
mtackeff@stranchlaw.com
gmullens@stranchlaw.com

*Attorneys for Plaintiff Deborah Rippman*

**BALLARD SPAHR LLP**

*/s/ Bridget Ansel*
Bridget Ansel
1675 Broadway
19th Floor
New York, NY 10019-5820
Telephone: 646.346.8077
Facsimile: 212.223.1942
E-mail: anselb@ballardspahr.com

*Attorney for Defendant Ralph Lauren Corporation*